UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            Case No. 19-cr-20542
                                           Hon. Matthew F. Leitman

v.
ANTHONY JAMES HORTON,

    Defendant.
_____/

## **ORDER DENYING MOTIONS TO SUPPRESS (ECF Nos. 16, 17)**

Two Motions to Suppress have been filed in this case: one by Defendant (ECF No. 16), and one by Defendant's counsel (ECF No. 17). The Court held a hearing on the motions on February 20, 2020. For the reasons stated on the record, the motions are **DENIED** to the extent that they seek suppression of the firearm recovered by the investigating officers. In addition, the motions are **DENIED AS MOOT** to the extent they seek suppression of the brass knuckles seized from the Defendant because the Government has indicated it will not seek to admit them as evidence at trial.

    **IT IS SO ORDERED**.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: February 20, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764