UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 19-cr-20542
    Hon. Matthew F. Leitman

ANTHONY JAMES HORTON,

    Defendant.
_____/

## ORDER (1) GRANTING DEFENDANT'S MOTION FOR RELIEF FROM DETENTION ORDER (ECF No. 27) AND (2) VACATING ORDER OF DETENTION PENDING TRIAL (ECF No. 8)

On March 24, 2020, the Court held a hearing on Defendant's motion for relief from detention order. (*See* Mot., ECF No. 27.) For the reasons stated on the record, the motion is **GRANTED** and the order of detention pending trial (ECF No. 8) is **VACATED**. Defendant shall be released from pre-trial detention and placed on bond pursuant to the bond conditions stated on the record.

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 24, 2020

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 24, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764